UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

CHERYL L. TITUS,

                      Plaintiff,                      3:09-CV-0093
                                                                                     (GTS/VEB)
-vs-

COMMISSIONER OF SOCIAL SECURITY,

                      Defendant.
_____

APPEARANCES:                                      OF COUNSEL:

HINMAN, HOWARD & KATTELL, LLP       EUGENE D. FAUGHNAN, ESQ.
   Counsel for Plaintiff
P.O. Box 5250
80 Exchange Street
700 Security Mutual Building
Binghamton, NY 13902

SOCIAL SECURITY ADMINISTRATION     ANDREEA L. LECHLEITNER, ESQ.
OFFICE OF REGIONAL GENERAL COUNSEL  SHEENA V. WILLIAMS-BARR, ESQ.
   Counsel for Defendant
26 Federal Plaza, Room 3904
New York, NY 10278

HON. GLENN T. SUDDABY, United States District Judge

**DECISION and ORDER**

      The above matter comes to this Court following a Report-Recommendation by United States Magistrate Judge Victor E. Bianchini, filed on July 6, 2010, recommending that (1) the Commissioner's motion for judgment on the pleadings be denied, (2) Plaintiff's motion for judgment on the pleadings be granted, (3) the Commissioner's decision denying disability benefits be reversed, and (4) the case be remanded to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). (Dkt. No. 12.) Objections to the Report-Recommendation have not been filed and the time in which to do so has expired. After carefully

reviewing all of the papers herein, including Magistrate Judge Bianchini's thorough Report-Recommendation, the Court can find no error in the Report-Recommendation, clear or otherwise. As a result, the Report-Recommendation is accepted and adopted in its entirety; the Commissioner's motion for judgment on the pleadings is denied; Plaintiff's motion for judgment on the pleadings is granted; the Commissioner's decision denying disability benefits is reversed; and the case is remanded to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

**ACCORDINGLY**, it is

**ORDERED** that Magistrate Judge Bianchini's Report-Recommendation (Dkt. No. 12) is **ACCEPTED** and **ADOPTED** in its entirety; and it is further

**ORDERED** the Commissioner's motion for judgment on the pleadings (Dkt. Nos. 6, 9) is **DENIED**; and it is further

**ORDERED** that Plaintiff's motion for judgment on the pleadings (Dkt. Nos. 1, 8) is **GRANTED**; and it is further

**ORDERED** that the Commissioner's decision denying disability benefits is **REVERSED**; and it is further

**ORDERED** that this matter is **REMANDED** to the Commissioner of Social Security for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Dated: August 20, 2010
      Syracuse, New York

Hon. Glenn T. Suddaby
U.S. District Judge
...