# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT FOR ATTORNEY FEES

**Cheryl L. Titus,**
*on behalf of NMC*,

        **Plaintiff,**　　　　　　　　　　**CASE NUMBER:**

    vs.　　　　　　　　　　　　　　　**3:09-cv-93   GTS/VEB**

**Michael J. Astrue,**
**Commissioner of Social Security,**

        **Defendant.**


**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**, the plaintiff is allowed a fee award under the Equal Access to Justice Act in the amount of three thousand, six hundred, eleven dollars and fifty cents ($3,611.50) in attorney fees and expenses, plus an additional amount of three hundred and fifty dollars ($350.00) for costs, made payable to plaintiff.

    All of the above pursuant to the order of the Honorable Judge Suddaby, dated the 14th day of September, 2010.


DATED: September 14, 2010

*Lawrence K. Baerman*
Clerk of Court

                                     s/

                          Marie N. Marra, Deputy Clerk